TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26877/0148016009

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 02, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tracy Kent Jors<br>　　　　Debtor.<br>_____<br>US Bank National Association, as Trustee for SASCO 2007-WF1<br>　　　　Movant,<br>　　vs.<br><br>Tracy Kent Jors, Debtor, William E. Pierce, Trustee.<br><br>　　　　Respondents. | No. 0:09-bk-25635-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 10, 2006 and recorded in the office of the Mohave County Recorder wherein US Bank National Association, as Trustee for SASCO 2007-WF1 is the current beneficiary and Tracy Kent Jors has an interest in, further described as:

> Lot 10, Block 1, of TRACT 2319, LAKE HAVASU CITY, ARIZONA, according to the plat thereof recorded November 15, 1976, at Fee No. 76-30350, in the office of the County Recorder of Mohave County, Arizona.
>
> EXCEPT all oil, gas, coal and minerals reserved in Deed from Santa Fe Pacific Railroad Company, a corporation, recorded in Book 79 of Deeds, Page 461.
>
> EXCEPT an undivided 1/16th of all oil, gases and other hydrocarbon substances, coal or stone, metals, minerals, fossils and fertilizer of every name and description, together with all uranium, thorium, or any other material which is or may be determined by the laws of the United States, the State of Arizona, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved by the State of Arizona, in Section 37-231, Arizona Revised Statutes and in patent of record.
>
> EXCEPT all oil, gas, coal and minerals whatsoever already found or which may hereafter be found in or under said land, and all underground water in, under, or flowing through said land, and water-rights appurtenant thereo as reserved in instrument recorded in Book 410 of Official Records, Page 26.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                            _____
                                            JUDGE OF THE U.S. BANKRUPTCY COURT